**Taunya JEFFERSON, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent**

2015-3190

United States Court of Appeals, Federal Circuit.

November 8, 2016

ELEANOR JENKINS, American Federation of Government Employees, Washington, DC, argued for petitioner.

KATRINA LEDERER, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

### JUDGMENT

Per Curiam (Taranto, Linn, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**